# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:   THOMAS E SANDERS                    )          Case No. 23 B 04583
                                          )
                                          )          Chapter 13
                                          )
      Debtor(s)                           )
                                          )          Judge: DONALD R CASSLING

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for August 17, 2023 10:00 am, for the following:

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1).   Provide copies of 2021 taxes.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: July 14, 2023                              /s/ Thomas H. Hooper

                                                  Thomas H. Hooper
                                                  Chapter 13 Trustee
                                                  55 E. Monroe St., Suite 3850
                                                  Chicago, IL 60603
                                                  (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  THOMAS E SANDERS          )      Case No. 23 B 04583
                                        )
                                        )      Chapter 13
                                        )
    Debtor(s)                       )
                                        )      Judge: DONALD R CASSLING

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

      CUTLER & ASSOC                      (via CM/ECF)
      *Attorney for Debtor*

      Patrick Layng                          (via CM/ECF)
      United States Trustee

      THOMAS E SANDERS                (via U.S. Postal Service)
      330 E FORREST KNOLL
      PALATINE, IL 60074
      *Debtor*

Dated: July 14, 2023                          /s/ Emily Baez

                                              Emily Baez
                                              Office of the Chapter 13 Trustee
                                              55 E. Monroe St., Suite 3850
                                              Chicago, IL 60603
                                              (312) 294-5900